UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE JOHNSON,

        Plaintiff,

Case No. 1:12-cv-690

Hon. Hugh W. Brenneman, Jr.

vs.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
        _____/

**ORDER TO STAY PROCEEDINGS**

The court has been informed that plaintiff's counsel, Mr. Russell L. Rondeau, is deceased, and plaintiff is currently without counsel.  Under these circumstances, this matter is **STAYED** pending further order of the court.  The record reflects that United States Attorney's Office in Grand Rapids, Michigan, accepted service for defendant, but that an answer has not yet been filed.  The record is mute as to whether plaintiff will proceed *pro se* or retain new counsel.  Plaintiff and the United States Attorney are directed to inform the court within 30 days as to the status of plaintiff's counsel.

        **IT IS SO ORDERED.**


Dated:  October 15, 2012                /s/ Hugh W. Brenneman, Jr.
                                                HUGH W. BRENNEMAN, JR.
                                                United States Magistrate Judge