UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE R. JOHNSON, | ) |
| | ) Civil Action Number 1:12-CV-690 |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) HON. HUGH W. BRENNEMAN, JR. |
| COMMISSIONER OF | ) U.S. MAGISTRATE JUDGE |
| SOCIAL SECURITY, | ) |
| Defendant. | ) |
| Defendant. | |

### **J U D G M E N T**

In accordance with this Court's order dated  2/13/2013  , judgment is hereby entered in Plaintiff's favor reversing the Commissioner's decision with remand to the agency for further development.  Upon remand, an administrative law judge (ALJ) will be directed to: (1) give plaintiff an opportunity for a new hearing; (2) further develop the record, and; (3) issue a new decision.  Specifically, the ALJ will: (1) further evaluate plaintiff's mental impairments; (2) obtain updated treatment records from plaintiff's treating physicians; (3) further evaluate the opinion evidence of treating and examining sources; (4) obtain a psychological consultative examiner; (5) further evaluate plaintiff's residual functional capacity, and; (6) if warranted, obtain a psychological medical expert to resolve any inconsistencies and/or obtain testimony from a vocational expert.  This remand is pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated:  2/13/2013             /s/ Hugh W. Brenneman, Jr.
                                                          HON. HUGH W. BRENNEMAN, JR.
                                                          UNITED STATES DISTRICT JUDGE